■ In the Matter of RICKY CALDWELL, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of Correctional Services, et al., Respondents.—Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain disciplinary rules.

Although petitioner contends that he acted in self-defense and that he was never in possession of a weapon, the evidence presented at the hearing, including the misbehavior reports, the testimony of the correction officers and the medical records indicating the location and severity of the wounds

inflicted, gave rise to a question of credibility for resolution by the Hearing Officer *(see, Matter of Hernandez v LeFevre,* 150 AD2d 954, *lv denied* 74 NY2d 615). Under the circumstances, the determination of guilt is supported by substantial evidence and must be upheld *(see, Matter of Bernacet v Coughlin,* 145 AD2d 802, *lv denied* 74 NY2d 603).

Determination confirmed, and petition dismissed, without costs. Mahoney, P. J., Casey, Weiss, Levine and Harvey, JJ., concur.